158 A.3d 1233

Shirley J. KEAHEY, Petitioner

v.

Edward NELSON, Mary Lou Nelson and Eric S. Ward, Linda N. Ward, Respondents

No. 276 MAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW,** this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.